```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JUAN PEREZ,
                                                                    Case No. 1:24-cv-03357
                            Plaintiff,
                                                                    Letter
              -against-
                                                                    October 17, 2024
BRONSTEIN PROPERTIES LLC.,

                            Defendant,
----------------------------------------------------------------X
```

Honorable Margo K. Brodie,

    We respectfully request to court that Docket No. 16 under the name "DISCLOSURE of Interested Parties by Juan Perez. (El-Hag, Jordan) (Entered: 09/28/2024)," be deleted as it was accidentally submitted to the PACER system.

    If further information is required, please let us know. Thank you for your time and attention to this matter.

Respectfully,

/s/ Jordan El-Hag

By: _____<br>
Jordan El-Hag, Esq.<br>
El-Hag & Associates, PC<br>
777 Westchester Ave., Ste. 101<br>
White Plains, NY 10604<br>
(914) 218-6190<br>
Jordan@elhaglaw.com